[No. 4162-0-III. Division Three. December 17, 1981.]

TOM ESKRIDGE, *Appellant*, v. NARAYANA ACHARI, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 79-0064, Robert S. Day, J., entered August 13, 1980. *Affirmed* by unpublished opinion per Munson, J., concurred in by Roe, A.C.J., and Green, J.

[No. 4153-1-III. Division Three. December 17, 1981.]

*In the Matter of the Marriage of* ELSIE MARIE MILLS, *Respondent, and* DEWEY MILLS, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 21794, B. E. Kohls, J., entered July 30, 1980. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green, J., Roe, J., dissenting.

[No. 8999-4-I. Division One. December 21, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT J. LAWRENCE, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 10556, Jack S. Kurtz, J., entered June 18, 1980. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Andersen, JJ.

[No. 8945-5-I. Division One. December 21, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. GIOVANNI PADILLA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 80-1-00942-3, Arthur E. Piehler, J., entered June 10, 1980. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Swanson and Callow, JJ.